[Civil No. 2649. Filed February 28, 1928.]

[264 Pac. 692.]

MRS. FLORENCE W. HERNDON, Appellant, v. A. T. HAMMONS, as Superintendent of Banks for the State of Arizona, as Receiver of THE PRESCOTT STATE BANK, a Corporation, Appellee.

Messrs. Norris, Norris & Flynn, for Appellant.

Mr. John A. Ellis, for Appellee.

PER CURIAM.—It is stipulated by the parties to this action that the issues are identical with those in cause No. 2679 (*Fredericks* v. *Hammons, ante,* p. 310, 264 Pac. 687, and that its disposition should abide the decision in that case.

Wherefore the judgment is affirmed.